# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00020-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| (1) AVERY TED "BUCK" CASHION, III; ) | |
| (3) RAYMOND M. "RAY" CHAPMAN; ) | |
| (4) THOMAS E. "TED" DURHAM, JR.; ) | |
| (5) KEITH ARTHUR VINSON; ) | |
| (6) GEORGE M. GABLER; and ) | |
| (7) AARON OLLIS, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

In advance of the final pretrial conference, which is currently scheduled for September 20, 2013, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that no later than the business day immediately prior to the final pretrial conference, the parties shall file with the Court:

    (1)    Trial briefs addressing all questions of law and any anticipated evidentiary issues. Each trial brief shall not

exceed 25 pages and shall be double spaced and in at least 14 point type; and

(2) Proposed jury instructions. Counsel shall number each proposed instruction and submit each proposed instruction on a separate page. Each proposed instruction <u>must</u> contain a supporting citation as a footnote. A proposed instruction without a supporting citation will not be considered. Boilerplate introductory instructions are not required to be submitted. Additional instructions may be submitted during the trial as circumstances may require.

**IT IS SO ORDERED.**    Signed: August 22, 2013

Martin Reidinger
United States District Judge