**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00020-MR-DLH**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>)<br>**(3) RAYMOND M. "RAY" CHAPMAN;** )<br>**(4) THOMAS E. "TED" DURHAM, JR.;** )<br>**(5) KEITH ARTHUR VINSON;** )<br>**(6) GEORGE M. GABLER; and** )<br>**(7) AARON OLLIS,** )<br>)<br>**Defendants.** )<br>_____ ) | **O R D E R** |

　　　**THIS MATTER** is before the Court on the motions of Defendants
Thomas E. Durham, Jr., Aaron Ollis, Raymond M. "Ray" Chapman, and
Keith Arthur Vinson to adopt Defendant Gabler's Motion for Voir Dire and
Other Specific Procedures in Jury Selection [Docs. 193, 194, 195, 196].

　　　For the reasons stated in the motions, and for cause shown,

　　　**IT IS, THEREFORE, ORDERED** that the Defendants' motions to
adopt [Docs. 193, 194, 195, 196] are **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendants' Motion for Voir Dire and Other Specific Procedures in Jury Selection [Doc. 191] will be heard at the final pretrial conference which is scheduled for September 20, 2013.

**IT IS SO ORDERED.**

Signed: August 22, 2013

Martin Reidinger
United States District Judge