# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00020-MR-DLH-7

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| AARON OLLIS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion for Early Termination of Probation [Doc. 477].

On September 24, 2013, the Defendant pleaded guilty pursuant to a written plea agreement to one count of conspiracy to defraud the United States, in violation of 18 U.S.C. § 371. The Defendant was sentenced on June 2, 2015, to a term of two years' probation and was ordered to pay restitution in the amount of $10,199,106.87. [Judgment, Doc. 403].

The Defendant now moves the Court to exercise its discretion and terminate his term of probation. [Doc. 99]. While noting that he has only eight more months of supervision, the Defendant requests an early termination of his probation so that he can register to vote in the upcoming

presidential and gubernatorial elections. [Id.]. The Government declines to take any position on the Defendant's motion.

In order to terminate a defendant's term of probation, the Court must be "satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). Upon careful consideration of the record, the Court is not satisfied that termination of the Defendant's term of probation is warranted. The Defendant still has a significant outstanding restitution obligation, to which only minimal payments have been made. Accordingly, the Court declines to exercise its discretion to terminate the Defendant's term of supervised release at this time.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Early Termination of Probation [Doc. 477] is **DENIED**. The Defendant's term of probation shall continue as originally sentenced.

The Clerk is directed to serve a copy of this Order on the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED.**     Signed: October 24, 2016

Martin Reidinger
United States District Judge